THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE
PULLMAN COMPANY, Appellant, *v.* MARTIN H. GLYNN, as
Comptroller of the State of New York, Respondent.

*People ex rel. Pullman Co.* v. *Glynn,* 130 App. Div. 332, affirmed.
(Argued April 25, 1910; decided May 10, 1910.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
March 10, 1909, which confirmed a determination of the
defendant in assessing a franchise tax against the relator.

*Lewis E. Carr* for appellant.

*Edward R. O'Malley,* Attorney-General (*Andrew E.
Tuck* of counsel), for respondent.

Order affirmed, with costs, on opinion of KELLOGG, J., below.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER and
HISCOCK, JJ.  Not sitting: GRAY, J.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALDEN S.
SWAN, Respondent, *v.* JOHN L. DOXSEE et al., as Trustees
of Town Lands of the Town of Islip, et al., Appellants.

*People ex rel. Swan* v. *Doxsee,* 136 App. Div. 400, affirmed.
(Argued April 25, 1910; decided May 10, 1910.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
January 26, 1910, which reversed an order of Special Term
denying a motion for a peremptory writ of mandamus to com-
pel defendants to remove a private icehouse from a public
dock in the town of Islip and granted said motion.

*Willard N. Baylis* and *Elliott J. Smith* for appellants.

*Robert H. Wilson* for respondent.

Order affirmed, with costs, on opinion of CARR, J., below.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER
and HISCOCK, JJ.